**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CAROL NOE,                                          :
                                                    :
                    Plaintiff,                      :           19-CV-1455 (RA) (OTW)
                                                    :
            -against-                               :           **ORDER**
                                                    :
RAY REALTY, et al.,                                 :
                                                    :
                    Defendants.                     :
                                                    :
                                                    :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed the parties' letters at ECF 92 and ECF 93. Plaintiff's deadline to

file her amended complaint and any supplemental exhibits is extended *nunc pro tunc* until

January 3, 2020.

**SO ORDERED.**


                                                    _s/ Ona T. Wang_
Dated: December 20, 2019                            **Ona T. Wang**
        New York, New York                          United States Magistrate Judge