**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
CAROL NOE,                                                  :
                                                            :
                        Plaintiff,                          :      19-CV-1455 (RA) (OTW)
                                                            :
                -against-                                   :      ORDER
                                                            :
RAY REALTY, et al.,                                         :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed Plaintiff's request for an extension of time to submit a reply to

Defendants' supplemental opposition to Plaintiff's motion to amend at ECF 101. The request is

**GRANTED**. Plaintiff's reply must be filed by **April 30, 2020**.

The Clerk is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: March 10, 2020 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |