**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CAROL NOE,

              Plaintiff,                  19-CV-1455 (RA) (OTW)

            -against-                **ORDER**

RAY REALTY, et al.,

              Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed Plaintiff's request at ECF 108. Plaintiff is directed to re-file the additional exhibits to her amended complaint with the pro-se intake office. If the exhibits are too large to be submitted via email, she is directed to mail them by trackable means, and submit proof of such mailing to the pro se office so it can be filed on the CM/ECF docket.

The Court is aware of several emails that were sent by Plaintiff to the chambers of Judge Abrams. Plaintiff has been **repeatedly** warned not to email either Chambers *ex parte* for any reason. All communications with the Court **must** be filed properly on the docket. Any future emails by Plaintiff to either Chambers will be disregarded and sanctions may be imposed if further emails are sent.

The Court also notes that Plaintiff has repeatedly failed to make timely filings properly in her case, often blaming the Court for these failures. Plaintiff is reminded it is her sole responsibility to ensure that submissions are filed properly and in a timely manner to

adequately prosecute her case.

**SO ORDERED.**

                                                                            *s/ Ona T. Wang*

Dated: July 27, 2020                                     **Ona T. Wang**
        New York, New York                     United States Magistrate Judge