**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
CAROL NOE, :
:
                Plaintiff, : No. 19-CV-1455 (RA) (OTW)
:
    -against- : **ORDER**
:
RAY REALTY, *et al.*, :
:
                Defendants. :
:
------------------------------------------------------------x

    **ONA T. WANG, United States Magistrate Judge:**

    By previous Order (ECF 109), the Court directed Plaintiff to re-file the additional exhibits to her amended complaint with the Pro Se Intake Unit. It has come to the Court's attention that Plaintiff has submitted electronic files that are unable to be docketed on the CM/ECF System. Accordingly, by **July 30, 2021**, Plaintiff is directed to submit a **HARD (PAPER) COPY** of any additional exhibits to the Pro Se Intake Unit through **regular mail or in-person delivery** at the drop box located in the lobby of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Plaintiff shall mail or deliver all such exhibits in **ONE ENVELOPE** and shall include **A COPY OF THIS ORDER** with her exhibits. Plaintiff is again reminded that it is her sole responsibility to ensure that submissions are filed properly and in a timely manner.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

    **SO ORDERED.**

Dated: June 28, 2021
       New York, New York

                                                      *s/ Ona T. Wang*
                                                    **Ona T. Wang**
                                                    United States Magistrate Judge