**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CAROL NOE,

              Plaintiff,                        19-CV-1455 (RA) (OTW)

           -against-                      **ORDER**

RAY REALTY, et al.,

              Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of the parties' letter dated December 28, 2022. The Court reminds the parties that per its Individual Practices, I.a., they are to **file** all letters to the Court on ECF.

The Court will hold a Pre-Settlement Conference Scheduling Call on **Wednesday, February 1, 2023, at 3:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

Defendants are directed to mail a copy of this order to Plaintiff within 7 days and file proof of service on the CM/ECF docket.

        **SO ORDERED.**

                                                                         *s/ Ona T. Wang*

Dated: January 17, 2023                                        **Ona T. Wang**
      New York, New York                          United States Magistrate Judge