UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CAROL NOE,

     Plaintiff,        19-CV-1455 (RA) (OTW)

   -against-          **ORDER**

RAY REALTY, et al.,

     Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF Nos. 120 and 121.

The Pre-Settlement Conference Scheduling Call previously scheduled for February 1, 2023 is hereby adjourned to **Thursday, February 16, 2023 at 12:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

The Court is mindful of Plaintiff's health issues outlined in ECF 120, and notes that this conference is telephonic and no one on the call is expected to speak for more than a few minutes, in total.

Defendants are directed to serve a copy of this order on the *pro se* Plaintiff.

**SO ORDERED.**

                      *s/ Ona T. Wang*
Dated: February 1, 2023        **Ona T. Wang**
   New York, New York       United States Magistrate Judge