**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
CAROL NOE,                                                :
                                                          :
                        Plaintiff,                        :        19-CV-1455 (RA) (OTW)
                                                          :
                        -against-                         :        **ORDER**
                                                          :
RAY REALTY, et al.,                                       :
                                                          :
                        Defendants.                       :
                                                          :
                                                          :
----------------------------------------------------------x

     **ONA T. WANG**, **United States Magistrate Judge:**

     The Court has reviewed ECF 123.

     The Pre-Settlement Conference Scheduling Call previously scheduled for February 16,

2023, is hereby adjourned to **Thursday, March 30, 2023 at 11:00 a.m.** The dial in information is

(866) 390-1828, access code 1582687.

     Defendants are directed to serve a copy of this order on the *pro se* Plaintiff.

     **SO ORDERED.**


                                           _s/ Ona T. Wang_____

Dated: February 13, 2023                                  **Ona T. Wang**
       New York, New York                          United States Magistrate Judge