**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CAROL NOE,

                Plaintiff,

            -against-

RAY REALTY, et al.,

                Defendants.

------------------------------------------------------------x

19-CV-1455 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF 136 and finds that there is no reason to seal the transcript of the May 11, 2023, conference. Only the fact, not the details, of settlement was mentioned at the conference, and the medical information disclosed by Plaintiff at the conference has been discussed multiple times over the course of this case. The conference in this case was open to the public, and "[t]he common-law right of access to judicial proceedings and documents creates a presumption in favor of public access to, and against sealing of, judicial documents." *U.S. v. Sattar*, 471 F. Supp. 2d 380, 384 (S.D.N.Y. 2006).

The Court additionally understands that Plaintiff seeks certain documents from Defendants. (ECF 136 at 3). Discovery cannot proceed before Defendants file their answer or other responsive pleading to Plaintiff's Complaint, the deadline for which is June 30, 2023. (*See* ECF 135).

        SO ORDERED.

Dated: June 9, 2023
       New York, New York

                              *s/ Ona T. Wang*
                              **Ona T. Wang**
                              United States Magistrate Judge