**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CAROL NOE,

               Plaintiff,

         -against-

RAY REALTY, et al.,

              Defendants.

------------------------------------------------------------x

19-CV-1455 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

Defendants have filed a motion to dismiss *pro se* Plaintiff's amended complaint (ECF 114) in its entirety. (ECF Nos. 140-145). Plaintiff's opposition, if any, must be filed **by Friday, August 18, 2023**. Failure to file a response **by Friday, August 18, 2023**, shall result in the Court deeming Defendants' motion to dismiss unopposed. Defendants' reply, if any, must be filed **by Friday, September 1, 2023**.

Plaintiff's motion for appointment of counsel for all purposes (ECF 131), is **DENIED**. The Clerk of Court is respectfully directed to close ECF 131.

Defendants are directed to serve a copy of this order on the *pro se* Plaintiff, and file proof of service on the docket.

SO ORDERED.

Dated: July 20, 2023
      New York, New York

                                             *s/ Ona T. Wang*
                                             **Ona T. Wang**
                                             United States Magistrate Judge