USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAROL NOE,

       Plaintiff,

       -v-

RAY REALTY, et al.,

       Defendants.
------------------------------------------------------------------X

**ORDER**

19-CV-1455 (JHR) (RFT)

**ROBYN F. TARNOFSKY, United States Magistrate Judge.**

    By Order of Reference dated March 1, 2019 (ECF 14) and Amended Order of Reference dated March 11, 2019 (ECF 22), Judge Ronnie Abrams referred this case to Magistrate Judge Ona T. Wang for general pretrial supervision, including settlement, as well as for dispositive motions. On November 15, 2023, that referral was reassigned to me. I have reviewed the filings on the docket. I believe that a negotiated resolution would be in the best interests of the parties. Accordingly, it is **ordered** that each party must submit a letter on the docket by **Thursday, December 14, 2023,** stating whether they consent to participating in an in-person settlement conference. If all parties consent, the Court will issue an Order setting a date for the settlement conference during the week of January 2, 2024.

Dated:    New York, New York
           December 7, 2023

                                        SO ORDERED.

                                        _____
                                        Robyn F. Tarnofsky
                                        United States Magistrate Judge