```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAROL NOE,                                                        :
                                                                  :
                Plaintiff,                                        :
                                                                  :
        -v-                                                       :
                                                                  :
RAY REALTY, et al.,                                               :
                Defendants.                                       :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023

**ORDER**

19-CV-1455 (JHR) (RFT)

**ROBYN F. TARNOFSKY, United States Magistrate Judge.**

By Amended Order of Reference dated March 11, 2019 (ECF 22), this case was referred to a magistrate judge for general pretrial supervision, including settlement, as well as for dispositive motions. On December 11, 2023 (ECF 158), Defendants indicated that they were amenable to an in-person settlement conference. On December 11 and 13, 2023 (ECF 159, 160), Plaintiff indicated that she was amenable to an in-person settlement conference, subject to certain conditions. She indicated that she was willing to participate in an in-person settlement conference before me if: 1) the conference is held after February 28, 2024, and is held in the afternoon; 2) she is provided with limited scope pro bono counsel for purposes of settlement; and 3) the Court orders Defendants to make certain disclosures. (ECF 159, Letter at 3-5.) Plaintiff also requests that the Court make the following additional orders: 1) granting her free access to PACER, including to transcripts of on-the-record conferences; and 2) restricting access to medical information, including letters by medical doctors. (ECF 160, Letter at 4.)

An effort will be made to locate limited scope pro bono counsel for Plaintiff for settlement purposes. However, there is no guarantee that pro bono counsel will be available. Accordingly, the settlement conference will be set for March 13, 2024, at 2 p.m., in Courtroom 9B at 500 Pearl Street. <u>If limited scope pro bono counsel for settlement purposes has not been</u>

identified and retained by Plaintiff by **February 14, 2024,** then Plaintiff is ORDERED to submit a letter on the docket by **February 16, 2024,** indicating whether she intends to proceed with the settlement conference without counsel or instead wishes to cancel the settlement conference. If the settlement conference goes forward, the parties are instructed to complete the Ex Parte Settlement Conference Summary Report by March 6, 2024, and prepare pre-conference submissions in accordance with my Individual Rules of Practice, which can be found at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

With regard to Plaintiff's request that the Court order the Defendants to make certain disclosures, I decline to do so at this time. With regard to Plaintiff's request for free PACER access, she consented on May 7, 2019 (ECF 47) to receive documents electronically. She receives a Notice of Electronic Filing by email each time a document is filed in this case. After receiving the notice, she is permitted one "free look" at the document by clicking on the hyperlinked document number in the email. To avoid charges for subsequent access to the document, she should print or save the document during the "free look."

With regard to Plaintiff's request that the Court restrict access to her medical information, if Plaintiff believes that a document she is filing contains sensitive medical information, she may request to file the document in redacted form, with an unredacted version being placed under seal. She is directed to my Individual Practices, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, for information on how to request that I approve a request for filing under seal.

Dated:   New York, New York  
         December 14, 2023

SO ORDERED:

_____  
ROBYN F. TARNOFSKY  
UNITED STATES MAGISTRATE JUDGE

2