UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL NOE,<br><br>                              Plaintiff,<br><br>        -against-<br><br>RAY REALTY, et al.,<br><br>                              Defendants. | 19-CV-1455 (JHR) (RFT)<br><br>ORDER OF SERVICE |

Robyn F. Tarnofsky, United States Magistrate Judge:

By order dated February 21, 2019, the Court granted Plaintiff's request to proceed in forma pauperis ("IFP") (*see* ECF 10), and directed service on the Defendants named in the then-operative version of the complaint pursuant to Fed. R. Civ. P. 4(c)(3). On January 2, 2020, Plaintiff filed a proposed Amended Complaint (ECF 95) in which she identified the following additional Defendants: Robert Gregor; RRM Realty; TRUE Coffee; TRCU Coffee; 384 Court; Thomas Cummings; Morten Teljum; Labe Twerski; Sam Becker; Adi Nahmani; 1651 Coney Island Avenue 4 11230; 41-25 44th Street "Owners" Corp; 41-25 44TH Street Apt A7 Queens; and Daejan NY Limited. (*See* ECF 95.) On December 15, 2023, the Court deemed ECF 95 to be the operative Amended Complaint ("AC"). (*See* ECF 162.) Of the Defendants first named in the AC, Labe Twerski, Sam Becker, Adi Nahmani, 1651 Coney Island Ave 4 11230, 41-25 44TH Street "Owners" Corp, 41-25 44TH Street Apt A7 Queens, Daejan NY Limited, Robert Gregor, and RRM Realty have not appeared.

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service of the AC. *See Bell v. City of New York*, No. 21-CV-2792 (VSB), 2022 WL 463315, at *1 (S.D.N.Y. Feb. 15, 2022); *Walker v. Schult*, 717

F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the Court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

Accordingly, the Clerk of Court is respectfully directed to complete the U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Labe Twerski, Sam Becker, Adi Nahmani, 1651 Coney Island Ave 4 11230, 41-25 44TH Street "Owners" Corp, 41-25 44TH Street Apt A7 Queens, Daejan NY Limited, Robert Gregor, and RRM Realty. The Clerk of Court is further respectfully instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Labe Twerski, Sam Becker, Adi Nahmani, 1651 Coney Island Ave 4 11230, 41-25 44TH Street "Owners" Corp, 41-25 44TH Street Apt A7 Queens, Daejan NY Limited, Robert Gregor, and RRM Realty.

If the AC is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 3, 2024
         New York, New York

                                                    _____
                                                         ROBYN F. TARNOFSKY
                                                    United States Magistrate Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. LABE TWERSKI
   41-25 44TH STREET "OWNERS" CORP
   SUNNYSIDE, QUEENS 11104

2. SAM BECKER
   41-25 44TH STREET "OWNERS" CORP
   SUNNYSIDE, QUEENS 11104

3. ADI NAHMANI
   41-25 44TH STREET "OWNERS" CORP
   SUNNYSIDE, QUEENS 11104

4. 1651 CONEY ISLAND AVENUE 4 11230

5. 41-25 44TH STREET "OWNERS" CORP

6. 41-25 44TH STREET APT A7 QUEENS

7. DAEJAN NY LIMITED

8. ROBERT GREGOR
   C/O GREGOR
   3 LAKE AVENUE
   LAKE GEORGE, NY 12845

9. RRM REALTY
   C/O GREGOR
   3 LAKE AVENUE
   LAKE GEORGE, NY 12845