UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carol Noe,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Ray Realty, et al.,<br><br>　　　　　　Defendants. | 19-CV-01455 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　Plaintiff sent the attached email to myself and to Judge Rearden. Plaintiff is reminded that all communications with the Court other than ex parte settlement communications need to be filed on the docket. The information Plaintiff is seeking about the scheduled settlement conference appears on the docket at ECF 182. The settlement conference will be held at 2:00 PM on May 1, 2024, at the Moynihan Courthouse, 500 Pearl Street, Courtroom 9B, New York, NY, 10007. Ex parte settlement conference filings are due on **April 30, 2024** and may be sent to TarnofskyNYSDChambers@nysd.uscourts.gov.

DATED:　March 29, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge